CAMPBELL v. THE CHICAGO, R. I. & P. RAILROAD Co.

Railroad: HOW MADE LIABLE FOR DOUBLE DAMAGES FOR STOCK KILLED. To render a railroad company liable for double damages for stock killed, under chap. 169, Laws of 1862, the written notice of the killing as served upon the company must be accompanied by the original affidavit provided for by said act. A *copy* thereof is insufficient.

*Appeal from Iowa Circuit Court.*

FRIDAY, DECEMBER 7.

THIS is an action brought to recover double the value of a colt killed by the defendant's engine and train. The case was commenced before a justice of the peace, where upon a jury trial the plaintiff recovered $85 and costs. On appeal to the circuit court the cause was again tried to a jury and resulted in a verdict and judgment for $98, the full amount of plaintiff's claim. The defendant now appeals to this court. For further facts, see the opinion.

*Cook, Richman & Bruning* for the appellant.

*John Miller* for the appellee.

COLE, J. — On the trial it appeared that the notice and affidavit of the injury to the colt was served by reading the originals and by delivering to the defendant's agent true copies of the same. The court instructed the jury that

such service was proper and sufficient to entitle the plaintiff to recover double the value of the property injured, under the provisions of section 6, chapter 169 of the Laws of 1862. We have held to the contrary. See *McNaught* v. *The C. & N. W. Ry. Co.*, 30 Iowa, 336. The jury found double the value of the colt, and judgment was rendered thereon for the plaintiff. If the plaintiff now elects to do so, he may have judgment for the amount of one-half of the judgment below upon paying the costs of the appeal; otherwise the judgment in whole will be

Reversed.